UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD LOEFFLER,

    Plaintiff,

v.                                                    Case No. 6:21-cv-00679-Orl-____

UNITED STATES POSTAL SERVICE,

    Defendant.
_____/

**NOTICE OF REMOVAL AND SUBSTITUTION OF
THE UNITED STATES AS THE PROPER PARTY DEFENDANT**

Pursuant to 28 U.S.C. §§ 1442(a)(1), and 1446, defendant, the U.S. Postal Service ("USPS"), through undersigned counsel, hereby removes this action and in support thereof states as follows:

1.    The case entitled *Richard Loeffler v. United States Postal Service*, Case No. 05-2020-SC-10340, is pending in the Eighteenth Judicial Circuit Court, in and for Brevard County, Florida. Plaintiff alleges that the postal service failed to deliver a package that he personally addressed to his home in Palm Bay, Florida from Germany. A copy of the summons and complaint is attached as **Exhibit A**. To date, USPS has not been properly served with a copy of the summons and complaint.

2.    Pursuant to 28 U.S.C. § 1442(a)(1), a civil action pending in State court against the United States or an agency thereof may be removed by the federal agency to federal court in the district or division where the State action is pending. Removal of this action is therefore proper pursuant to § 1442(a)(1).

3.    To date, the complaint and summons in this matter have not been properly served pursuant to Fed. R. Civ. P. 4(i) and removal is timely.

4.	Pursuant to Local Rule 1.06(b), a copy of the complete State court file is attached hereto as **Exhibit B**.

5.	A copy of the Notice of Removal will be filed with the Clerk of Court for the Eighteenth Judicial Circuit Court, in and for Brevard County, Florida pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, pursuant to 28 U.S.C. §§ 1444(a)(1) and 1446, defendant requests this action be removed to the United States District Court for the Middle District of Florida from the Eighteenth Judicial Circuit Court, in and for Brevard County, Florida. Furthermore, the United States is hereby substituted as the sole defendant with respect to the cause of action alleged in the complaint.

Dated: April 16, 2021					KARIN HOPPMANN
							Acting United States Attorney

					By:	/s/ *Phillip R.S. Ragler*
							PHILLIP R.S. RAGLER
							Assistant United States Attorney
							USAO No. 181
							400 W. Washington St., Ste., 3100
							Orlando, FL 32801
							Telephone: (407) 648-7500
							Fax: (407) 648-7588
							Email: phillip.ragler@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing NOTICE OF REMOVAL has been filed with the District Court Clerk of the Court and served by U.S. mail on April 16, 2021, to:

Richard Loeffler, Pro se
1412 Napanee Street NW
Palm Bay, FL 32907

                                             /s/ Phillip R.S. Ragler
                                             PHILLIP R.S. RAGLER
                                             Assistant United States Attorney